# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CARLEIGH PRUITT**, on behalf of
herself and others similarly situated,

    Plaintiff,

v.                                            Case No: 8:18-cv-89-MSS-AAS

**TRANSWORLD SYSTEMS INC.**,

    Defendant.

___

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 5, 2018, the Parties filed a Notice of Pending Settlement, informing the Court that they "have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents." (Dkt. 14)  Therefore it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of April, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party